AYCOCK vs. SUBERS.

[Jackson, C. J., not presiding, on account of providential cause.]

A county court has no jurisdiction to try and determine an issue made upon the foreclosure of a chattel mortgage and a counter-affidavit filed thereto, where the amount involved is less than fifty dollars. In such cases, the justice's court of the district of the defendant's residence has jurisdiction. Where the principal sum secured does not exceed one hundred dollars, but is more than fifty dollars, the two courts have concurrent jurisdiction. Code, §§5156, 282, 3974 (a), (b).

Judgment affirmed.

October 2, 1884.

HALL, Justice.

[Jesse Aycock foreclosed a chattel mortgage against Z. T. Subers before the county judge of Sumter county, for the

principal sum of $37.00, with attorney's fees and costs, and the execution issued thereon was made returnable to the county court. Defendant filed a counter-affidavit (called in the record an affidavit of illegality), alleging, among other things, that he lived in the 993d district, G. M., which was not in the district in which the county court was located, and that it had no jurisdiction of the case, the amount being under $50.00. On demurrer, the county judge dismissed the affidavit. On *certiorari*, the judge of the superior court reversed this ruling and quashed the *fi. fa.* Plaintiff excepted.]